

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00604-CV

**IN THE INTEREST OF A.R.M., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00201
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on December 24, 2020. The reporter's record was due on December 28, 2020, ten days after the notice of appeal was filed in the trial court; however, it has not been filed. We therefore ORDER Elva Chapa, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **January 18, 2021.**

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court